# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRY L. PYLES, #34864** | ) |
|         **Plaintiff,** | ) |
| **vs.** | ) Case No. 19-cv-01154-SMY |
| **PHIL VOSS,** | ) |
|         **Defendant.** | ) |

## **JUDGMENT IN A CIVIL CASE**

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court, this action is **DISMISSED** with prejudice. The dismissal counts as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Judgment is entered in favor of Defendant and against Plaintiff.

**DATED: April 6, 2020**

                                                **MARGARET M. ROBERTIE, CLERK OF COURT**

                                                **By:** *s/ Tanya Kelley*
                                                       **Deputy Clerk**

**APPROVED:** *s/ Staci M. Yandle*
                **Staci M. Yandle**
                **United States District Judge**